UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUTO-OWNERS INSURANCE
COMPANY,

    Plaintiff,

v.                                        Case No.  8:10-cv-2387-T-30EAJ

E.N.D. SERVICES, INC., et al,,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion for Miscellaneous Relief (Dkt. 20).  After this Court denied Defendants' Motion for Summary Judgment (Dkt. 20), ruling that the "professional services exclusion" contained in Plaintiff's insurance policy was applicable on the facts of this case, it gave Defendants fourteen days to respond showing why the Court should not issue summary judgment on Defendants' breach of contract and statutory bad faith counterclaims.  Defendants have now filed their invited Response.

In this response, Defendants agree that, if the professional services exclusion is applicable, Plaintiff is entitled to summary judgment on all counts.  Although the Court in its Order stated that it would "not entertain any further arguments purporting to show that the professional services exclusion is inapplicable," Defendants have nonetheless renewed this argument.  Defendants primarily argue that this Court misapplied *Aerothrust, Corp. v. Granada Ins. Co.,* 904 So.2d 470 (Fla. 3rd DCA 2005). As Defendants simply renew the

arguments that this Court has already considered in detail, and rejected, the Court will not revisit the issue here.

It is therefore **ORDERED AND ADJUDGED** that:

1. Defendants' Motion for Miscellaneous Relief (Dkt. 20) is hereby denied.

2. The Clerk is directed to enter final summary judgment in favor of Plaintiff Auto-Owners Insurance Company, and against Defendants E.N.D. Services, Inc., Soosie L. Lazenby, and George W. Spowart.

3. The Clerk is directed to terminate any pending motions as moot, and to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 5, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-2387.mmr.frm